ACCEPTED
01-17-00237-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/20/2018 4:05 PM
CHRISTOPHER PRINE
CLERK

# HOGAN & HOGAN

#### APPELLATE ADVOCACY AND TRIAL STRATEGY

PENNZOIL PLACE
711 LOUISIANA • SUITE 500
HOUSTON, TEXAS 77002-2721

RICHARD P. HOGAN, JR.
Board Certified • Civil Appellate Law,
Civil Trial Law, and Personal Injury Trial Law
Texas Board of Legal Specialization

Telephone (713) 222-8800
Facsimile (713) 222-8810
www.hoganfirm.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/20/2018 4:05:43 PM
CHRISTOPHER A. PRINE
Clerk

March 20, 2018

*Via TexFile*
Hon. Christopher A. Prine
Clerk of the Court,
First Court of Appeals
301 Fannin, Room 245
Houston, Texas 77002

> Re: No. 01-17-00237-CV; *United Healthcare Services, Inc., United Healthcare Insurance Company, United Healthcare Benefits of Texas, Inc. and United Healthcare of Texas, Inc. v. Hortencia Luna Gonzales and River Oaks Emergency Center, LLC, St. Michael's Emergency Center, LLC, The Woodlands FEC, LLC, Brian Orsak and Shannon Orsak, Jacob Varon, First Street Hospital, LP, First Surgical, LLC and First Surgical Partners Holding, Inc.*; In the First Court of Appeals.

Dear Mr. Prine:

Along with this letter, the parties to this appeal are e-filing a jointly submitted chart. The joint chart identifies the materials specified in item one of the Court's post-submission order of February 28, 2018.

The numbers in the columns on the chart, from left to right, correspond to the information specified by the Court's order in the numbered paragraphs under item one. The chart is organized according to each of the defendant groups, with the causes of action pleaded against each of them (column 1), the grounds raised by that defendant group in its various summary judgment motions (column 2), United's responses (column 3), and the trial court's rulings (column 4), as shown in the headers at the top of each page of the chart.

58512_1

March 20, 2018
Christopher A. Prine
Clerk, First Court of Appeals
No. 01-17-00237-CV; *United Healthcare v. Gonzalez, et al*
Page 2


If there are any questions, or if the Court should need additional clarification or more information to assist in its decisional process, we stand ready to accommodate the Court's wishes.


Respectfully submitted,


ANDREWS KURTH KENYON LLP

By: */s/ Cameron P. Pope*
    Cameron P. Pope
    State Bar No. 24032958
    cameronpope@andrewskurth.com
John B. Shely
State Bar No. 18215300
jshely@andrewskurth.com
Laura Trenaman
State Bar No. 00798553
lauratrenaman@andrewskurth.com
Brian Pidcock
State Bar No. 24074895
bpidcock@andrewskurth.com
Kelsey J. Hope
State Bar No. 24092538
KelseyHope@andrewskurth.com
600 Travis Street, Suite 4200
Houston, Texas 77002
713.220.4200–telephone
713.220.4285–facsimile

HOGAN & HOGAN

By: */s/ Richard P. Hogan, Jr.*
    Richard P. Hogan, Jr.
    State Bar No. 09802010
    rhogan@hoganfirm.com
Jennifer Bruch Hogan
State Bar No. 03239100
jhogan@hoganfirm.com
James C. Marrow
State Bar No. 24013103
jmarrow@hoganfirm.com
711 Louisiana Street, Suite 500
Houston, Texas 77002
713.222.8800–telephone
713.222.8810–facsimile

March 20, 2018
Christopher A. Prine
Clerk, First Court of Appeals
No. 01-17-00237-CV; *United Healthcare v. Gonzalez, et al*
Page 3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this post-submission letter has been forwarded to all counsel of record by the Electronic Filing Service Provider, if registered; a true and correct copy of this document was forwarded to all counsel of record not registered with an Electronic Filing Service Provider and to all other parties as follows:

Counsel for Appellees/Cross-Appellants First Street Hospital, LP, First Surgical Partners Holdings, Inc., First Surgical Partners, LLC, and Jacob Varon, M.D.:

    Andrew S. Hicks
    Logan E. Johnson
    Penelope E. Nicholson
    Persis Dean
    SCHIFFER ODOM
    HICKS & JOHNSON, PLLC
    700 Louisiana Street, Suite 2650
    Houston, Texas 77002
    *Via TexFile*

Counsel for Appellee/Cross-Appellant Anthony Rotondo:

    Matthew J. Mussalli
    LAW OFFICE OF MATTHEW J.
    MUSSALLI, P.C.
    2441 High Timbers Dr., Suite 220
    The Woodlands, Texas 77380
    *Via TexFile*

Counsel for Appellees/Cross-Appellants Diane Crumley, Vital Weight Control, Inc., and Harris County Title Search, Inc.:

    Larry R. Veselka
    Jarod R. Stewart
    Michelle S. Stratton
    SMYSER KAPLAN
    & VESELKA, L.L.P.
    700 Louisiana Street, Suite 2300
    Houston, Texas 77002
    *Via TexFile*

Counsel for Appellee/Cross-Appellant Emergency Healthcare Partners LP (d/b/a Memorial Heights Emergency Center):

    Simon W. Hendershot, III
    Christy L. Martin
    Katie T. Cowart
    HENDERSHOT, CANNON,
    MARTIN & HISEY, P.C.
    1800 Bering Drive, Suite 600
    Houston, Texas 77057
    *Via TexFile*

58512_1

March 20, 2018
Christopher A. Prine
Clerk, First Court of Appeals
No. 01-17-00237-CV; *United Healthcare v. Gonzalez, et al*
Page 4

Robert A. Plessala
ANDREWS MYERS, P.C.
3900 Essex Lane, Suite 800
Houston, Texas 77027
*Via TexFile*

*/s/ Richard P. Hogan, Jr.*
Richard P. Hogan, Jr.
Dated: March 20, 2018